## MARY ANN SCOTT, ADMINISTRATRIX, ETC., OF WILLIAM McDOWELL SCOTT, DECEASED, *versus* JOHN ANDERSON

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Rule for special bail or procedendo *p. 192; (2) stricken from 1820 Calendar *p. 224; (3) continued *p. 225; (4) continued *p. 254; (5) rule for judgment subject to set offs *p. 339; (6) rule for judgment rescinded *p. 342; (7) rule for judgment *p. 346; (8) reference of set offs *p. 346; (9) reference of set offs rescinded, reference *p. 369; (10) award filed and confirmed *p. 378; (11) name of administrator de bonis non entered *p. 428.

Papers in File: (1) Recognizance and precipe for habeas corpus; (2) habeas corpus cum causa; (3) transcript of county court record; (4) declaration; (5) recognizance and bail piece; (6) prayer for oyer; (7) plea of nil debet, notice of set off, notice of motion; (8) precipe for judgment; (9) award of arbitrators; (10) precipe to enter receipt of sheriff's fees; (11) precipe to enter payment of counsel's fees; (12) receipt for costs; (13) satisfaction piece; (14) copy of bond.

*Office Docket*, MS p. 132, c. 47. (Case 98 of 1820) Recorded in *Book B*, MS pp. 21–26.